IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KADY-ANN COX,<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>SEPTA, and POLICE CHIEF THOMAS NESTEL,<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 21-04542 |

# O R D E R

**AND NOW**, this 26th day of December, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 32), and all responses and replies thereto, **IT IS ORDERED** that Defendants' Motion is **GRANTED**. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**